No. 139. PENNSYLVANIA RAILROAD COMPANY *v.* W. F. JACOBY & COMPANY. On a certificate from and writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit. Argued October 20, 1915. Decided November 15, 1915. Judgment affirmed, with costs, by a divided court and cause remanded to the District Court of the United States for the District of Pennsylvania. *Mr. Francis I. Gowen, Mr. John G. Johnson* and *Mr. Frederic D. McKenney* for The Pennsylvania Railroad Company. *Mr. William A. Glasgow, Jr.,* for Jacoby & Company.

*Note:* December 20, 1915. Petition for rehearing granted, judgment of November 15 vacated and set aside, and case restored to the docket for re-argument.

---

No. 62. YORK & WHITNEY COMPANY, PLAINTIFF IN ERROR, *v.* THE NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY. In error to the Superior Court of the State of Massachusetts. Argued November 8, 1915. Decided November 29, 1915. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of (1) *Leathe* v. *Thomas,* 207 U. S. 93; *Yazoo & Miss. Valley R. R.* v. *Brewer,* 231 U. S. 245, 249; *The Mellon Company* v. *McCafferty,* this day decided, *ante,* p. 134; (2) *Equitable Life Assurance Society* v. *Brown,* 187 U. S. 308, 314; *Consolidated Turnpike Co.* v. *Norfolk &c. Ry.,* 228 U. S. 596, 600; *Easterling Lumber Co.* v. *Pierce,* 235 U. S. 380; see *Louisville & Nashville R. R.* v. *Maxwell,* 237 U. S. 94, 97–98, and cases cited. *Mr. Amos L. Taylor* for the plaintiff in error. *Mr. John L. Hall* for the defendant in error.